UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **9:13-cv-81094-WPD-Dimitrouleas/Snow**

RAYMOND KAROSAS

    Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff RAYMOND KAROSAS and Defendant NORTHSTAR LOCATION SERVICES, LLC, by and through their undersigned counsel, give notice that the parties have reached a settlement. The parties are working on finalizing a written settlement agreement, and expect to file a Stipulation for Dismissal shortly.

Respectfully submitted this 10th day of February, 2014.

| | |
|---|---|
| _____*s/ Christian David Posada*_____ | ____*s/ Jose I. Leon*_____ |
| Christian David Posada, FBN 484792 | Robin Taylor Symons, FBN 356832 |
| Asset Shield Law Group | Rsymons@gordonrees.com |
| 4897 Jog Road | Jose I. Leon, FBN 958212 |
| Greenacres, FL 33467 | Jleon@gordonrees.com |
| Telephone: 561-244-5308 | GORDON & REES, LLP |
| Fax: 561-253-2695 | 200 S. Biscayne Blvd., Suite 4300 |
| Email: cposada@assetshieldlaw.com | Miami, FL  33131 |
| *Attorney for Plaintiff* | Tel: (305) 428-5300 Fax:  (877) 644-6209 |
| | Email:  MIA_Eservice@gordonrees.com |
| | *Attorneys for Defendant* |

CASE NO.: 9:13-cv-81094-WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.



*s/ Jose I. Leon*

Christian David Posada, Esq.
Asset Shield Law Group
4897 Jog Road
Greenacres, FL 33467
Telephone: 561-244-5308
Fax: 561-253-2695
Email: cposada@assetshieldlaw.com
*Attorney for Plaintiff*

1092839/18487998v.1

2

**GORDON & REES LLP**
200 South Biscayne Blvd ▪ Suite 4300 ▪ Miami, FL 33131 ▪ Telephone: 305-428-5300▪ Fax: 877-644-6209