## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 9:13-cv-81094-WPD-Dimitrouleas/Snow

RAYMOND KAROSAS

     Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC,

     Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

Plaintiff, RAYMOND KAROSAS, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal and whereby the above-styled cause of action is hereby voluntarily dismissed with prejudice.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served upon: Robin Taylor Symons, Esq. And Jose I. Leon, Esq., GORDON & REES, LLP, 200 S. Biscayne Blvd., Suite 4300, Miami, FL 33131, Rsymons@gordonrees.com; Jleon@gordonrees.com and MIA_eservice@gordonrees.com by email this 27th day of February, 2014.

     ASSET SHIELD LAW GROUP
     Attorneys for Plaintiff
     4897 Jog Road
     Greenacres, FL 33467
     Telephone: 561-244-5308
     Facsimile: 561-800-1731

     By:/s/Christian D. Posada, Esq.
       Christian D. Posada, Esq.
       Florida Bar No. 484792
       Email: Cposada@assetshieldlaw.com
       Eservice Email: eservice@shochetlaw.com