UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81094-CIV-DIMITROULEAS

RAYMOND KAROSAS,

    Plaintiff,

vs.

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal of Complaint [DE 20], filed herein on February 27, 2014.  The Court has carefully considered the Notice, and is otherwise fully advised in the premises.  Normally, the Court would require a stipulation of dismissal signed by all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  However, as Defendant filed the Joint Notice of Settlement [DE 18], the Court assumes that the Defendant is in agreement with the Court's dismissal of this action.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice of Voluntary Dismissal of Complaint [DE 20] is **APPROVED**;
2. The above styled action is hereby dismissed with prejudice;
3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 27th day of February, 2014.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record